| Date | Pleading Number | |
|---|---|---|
| 11/10/75 | 1. | MOTION & SUPPORTING BRIEF -- WESTINGHOUSE ELECTRIC CORP. -- requesting expedited consideration of A-1 thru A-11. Accompanied by Exhibits 1 thru 16; Notice of Motion to Involved Counsel; and Certificate of service on Clerks of Involved District Courts. REQUESTED TRANSFEREE FORUM: Western District of Pennsylvania |
| 11/11/75 | | HEARING ORDER -- Setting A-1 through A-11 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 11/21/75 | | APPEARANCES -- W. R. Jentes for Westinghouse Electric Corp. R. Foster for Kansas Gas & Electric Co. (A-1) J. W. Spivey, III, for Virginia Electric & Power Co. (A-2) H. H. Boles for Alabama Power Co. (A-3) M. D. Sampels for Texas Utilities Services, Inc. (A-4) W. S. Parsons for Wisconsin Electric Power Co., (A05) W. H. Ferrell for Union Electric Co. (A-6) J. D. Baskin, Jr. for Houston Lighting & Power Co. (A-7) C. W. Van Beke for Tennessee Valley Authority (A-8) H. S. Tate, Jr. for S.C. Electric & Gas Co. (A-9) D. Sullivan for Florida Power & Light Co. (A-10) J. G. Park for Consolidated Edison Co. of N.Y. (A-11) |
| 11/24/75 | 2. | RESPONSE -- SOUTH CAROLINA ELECTRIC & GAS CO. w/cert. of service |
| 11/24/75 | 3 | RESPONSE -- UNION ELECTRIC CO. w/cert. of service |
| 11/24/75 | 4 | RESPONSE -- HOUSTON LIGHTING & POWER CO. w/cert/ of service |
| 11/25/75 | 5 | RESPONSE -- TEXAS UTILITIES SERVICES INC. w/cert. of service |
| 11/25/75 | 6 | RESPONSE -- FLORIDA POWER & LIGHT CO. w/cert. of service |
| 11/25/75 | 7 | RESPONSE -- CONSOLIDATED EDISON CO. OF NEW YORK w/cert. of service |
| 11/25/75 | 8 | RESPONSE -- KANSAS GAS AND ELECTRIC CO. AND KANSAS CITY POWER AND LIGHT CO. w/cert. of service |
| 11/25/75 | 9 | RESPONSE -- WISCONSIN ELECTRIC POWER CO. AND WISCONSIN MICHIGAN POWER CO. w/cert. of service |
| 11/25/75 | 10 | RESPONSE -- TENNESSEE VALLEY AUTHORITY'S BRXEKXX w/cert. of service |
| 11/25/75 | 11 | RESPONSE -- VIRGINIA ELECTRIC AND POWER CO. w/Brief and Cert.of Service |
| 11/26/75 | 12 | RESPONSE -- ALABAMA POWER CO. w/cert of service |
| 11/26/75 | 13 | MOVANT'S AMENDMENT TO MOTION -- To add the following actions: Long Island Lighting Co. v. Westinghouse, E.D.N.Y, 75C1878 (B-1) Northeast Utilities Service Co., et al. v. Westinghouse, D. Conn. H75/373 (B-2)   with/certificate of service |
| 11/26/75 | 14 | RESPONSE -- Long Island Lighting Co. w/cert. of service |
| 12/1/75 | | ORDER -- AMENDING HEARING ORDER TO INCLUDE Long Island Lighting Co. (B-1) and Northeast Utilities Service Co. (B-2) |
| 12/1/75 | | APPEARANCES -- T. J. Groark for Northeast Utilities Service Co., et al. George D. Reycraft for Long Island Lighting Co. |
| 12/1/75 | 15 | RESPONSE -- NORTHEAST UTILITIES SERVICE CO. w/cert. of service |
| 12/1/75 | 16 | REPLY BRIEF -- WESTINGHOUSE CORP. w/cert of service |
| 12/12/75 | | FILED IN OPEN COURT -- JUDGE TAYLOR's, E.D. TENNESSEE, ORDER OF DEC 5, 1975 RE TVA v. Westinghouse, E.D. Tenn Civil Action No. 3-75-298 |
| 12/19/75 | | CONSENT OF TRANSFEREE COURT FOR JUDGE ROBERT R. MERHIGE, JR. TO HANDLE LITIGATION IN THE E.D. VIRGINIA UNDER SECTION 1407 |
| 12/19/75 | | OPINION AND ORDER -- TRANSFERRING A-1 through B-2 to the E. D. Virginia for assignment to Judge Robert R. Merhige, Jr. under 28 U.S.C. §1407   (12 actions) |
| 1/29/76 | | APPEARANCE -- Sutton Keany, Esquire for Consolidated Edison Co. of New York |

| Date | Pleading Number | |
|---|---|---|
| 12/3/76 | | C-1 Westinghouse Electric Corp. v. Rio Algom Ltd., et al., N.D. Ill., 76C3830 |
| | | C-2 Franklin Freeman v. Westinghouse Electric Corp., S.D.N.Y. 76 Civ 3352 |
| | | C-3 S. Sherman Steinberg v. Westinghouse Electric Corp., et al. S.D.N.Y., 75 Civ. 6317 |
| | | CONDITIONAL TRANSFER ORDERS FILED TODAY. Notified counsel involved judges. |
| 12/17/76 | | C-2 FREEMAN V. WESTINGHOUSE ELECTRIC CORP., ET AL., S.D.N.Y. 76 Civ. 3352 |
| | | C-3 STEINBERG V. WESTINGHOUSE ELECTRIC CORP., ET AL., S.D.N.Y. 75 Civ 6317 |
| | | NOTICE OF OPPOSITION TO CTO -- Defendant Price Waterhouse Notified counsel |
| 12/17/76 | | C-3 STEINBERG V. WESTINGHOUSE ELECTRIC CORP., ET AL., S.D.N.Y. 75 Civ.6317 |
| | | NOTICE OF OPPOSITION TO CTO -- Plaintiff Steinberg Notified counsel |
| 12/17/76 | | APPEARANCE -- Glenn W. McGee, Esq. for KERR MCGEE |
| 12/17/76 | | C-2 & C-3 NOTICE OF OPPOSITION -- WESTINGHOUSE ELECTRIC CORP. Notified counsel |
| 12/20/76 | | C-1, C-2, C-3  NOTICE OF OPPOSITION TO CTOs -- PLAINTIFFS IN LITIGATION PENDING IN THE E.D. VA. UNDER 28 U.S.C. §1407 |
| 12/20/76 | | C-1, C-2, C-3 -- NOTICE OF OPPOSITION TO CTOs -- TVA |
| 12/20/76 | | C-1  WESTINGHOUSE ELECTRIC V. RIO ALGOM, LTD., N.D.ILL, 76C3830 |
| | | NOTICE OF OPPOSITION -- DEFENDANTS |
| | | KERR-MCGEE, CORP., THE ANACONDA CO., GETTY OIL CO. |
| | | UTAH INTERNATIONAL, INC., PHELPS DODGE CORP., WESTERN |
| | | NUCLEAR, INC., HOMESTAKE MINING CO. ATLAS CORP. |
| | | RESERVE OIL AND MINERALS CORP., UNITED NUCLEAR CORP. |
| | | FEDERAL RESOURCES CORP. and PIONEER NUCLEAR, INC. |
| 12/20/76 | | REQUEST FOR EXTENSION TO FILE MOTION AND BRIEF TO VACATE CTO. -- C-1 BY KERR MCGEE CORP. -- GRANTED TO ALL PARTIES FILING MOTIONS AND BRIEFS TO VACATE CTO TO JANUARY 14, 1977. |
| 12/20/76 | | APPEARANCE -- Robert T. Johnson Jr. -- Noranda Mines Ltd. |
| 12/20/76 | | NOTICE OF OPPOSITION C-1 -- NORANDA MINES LTD. |
| 12/20/76 | | NOTICE OF OPPOSITION C-1 -- Gulf Oil Corp. |
| 12/20/76 | | APPEARANCE -- Robert T. Johnson Jr., Esq. -- United Nuclear Corp. |
| 12/21/76 | | REQUEST FOR EXTENSION OF TIME -- Gulf Oil Co. Granted to 1/14/77 TO ALL |
| 1/7/77 | | C-2 FREEMAN V. WESTINGHOUSE, ET AL., S.D.NY 76 Civ. 3352 |
| | | C-3 STEINBERG V. WESTINGHOUSE, ET AL., S.D.N.Y., 75-6317 |
| | 17 | MOTION AND BRIEF TO VACATE CTOs w/cert. of service from Westinghouse Corp. in the N.Y. actions only. |
| 1/13/77 | 18 | MOTION AND SUPPORTING MEMORANDUM TO VACATE CTOs OF DEC. 3, 1976 w/cert. of service, from twelve defendants-Kerr-McGee Corp., et al. in the N.D.ILL. Action # 76-C-3830. |
| 1/14/77 | 19 | MOTION, AFFIDAVIT IN SUPPORT, BRIEF, AND AFFIDAVIT OF SERVICE TO VACATE CERTAIN CTOs AND TRANSFER CERTAIN SECURITIES CASES to S.D.N.Y. -- from Price WaterHouse & Co. |
| 1/14/77 | 20 | MOTION AND MEMORANDUM IN SUPPORT TO VACATE CTO w/cert. of svc. for Noranda Mines Limited in N.D.ILL. case no. 76-C-3830. |
| 1/14/77 | 21 | MOTION AND MEMORANDUM IN SUPPORT TO VACATE CTO w/cert. of svc. -- Gulf Oil Corporation |
| 1/17/77 | 22 | MOTION, BRIEF TO VACATE CTO -- Steinbert - w/cert. of svc. |
| 1/17/77 | | APPEARANCE -- EdwarD T. Butt, Jr., Esq. for Pioneer Nnclear Inc. |
| 1/18/77 | 23 | MOTION, BREIF TO VACATE CTO's -- C-1, C-2, C-3 UTILITY PLAINTIFFS w/cert. of service |

JPML FORM 1A                           DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 235 -- IN RE WESTINGHOUSE ELECTRIC CORP. URANIUM CONTRACT LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/26/77 | | D-1 HOMESTAKE MINING CO. V. WESTINGHOUSE ELECTRIC CORP., N.D.CAL Civil Action No. C76-2192 -RFP -- SHOW CAUSE ORDER FILED TODAY Notified involved counsel, judges. |
| 1/31/77 | 24 | MEMORANDUM IN RESPONSE TO MOTIONS TO VACATE CTO (76-C-3830,N.D.IL.) -- Westinghouse -- w/cert. of service. |
| 2/2/77 | | C-1 Westinghouse v. Rio Algom Ltd., et al, N.D.IL., 76C3830 |
| | | C-2 Freeman v. Westinghouse, S.D. N.Y., 76-Civ-3352 |
| | | C-3 Steinberg v. Westinghouse, et al., S.D.N.Y., 75-Civ.-6317 HEARING ORDER FILED -- Oppositions to CTOs |
| | | D-1 Homestake Mining Co. v. Westinghouse, N.D.CA., C76-2192-RFP HEARING ORDER FILED -- Show Cause Order SET FOR HEARING -- Feb. 25,1977 -- New Orleans, La. |
| 2/4/77 | 25 | RESPONSE -- LEMBERGER, ET AL. AND ZEIT w/exhibit A and cert of service |
| 2/7/77 | | APPEARANCE -- KEIGH F. BODE, ESQ. for RIO ALGOM CORP. |
| 2/7/77 | 26 | RESPONSE -- RIO ALGOM CORP. w/cert. of service |
| 2/7/77 | 27 | RESPONSE -- GULF OIL CORP. (REPLY BRIEF) w/cert. of service |
| 2/9/77 | 28 | REPLY -- UTILITY PLAINTIFFS w/cert. of service |
| 2/9/77 | 29 | REPLY -- Twelve defendants (Rio Algom) w/Exhibit A&B & Cert. of service |
| 2/10/77 | 30 | MEMORANDUM IN OPPOSITION TO TRANSFER -- Homestake Mining Company w/cert. of service. |
| 2/10/77 | 31 | MEMORANDUM TO SHOW CAUSE -- Plaintiffs Utility and the Tennessee Valley Authority w/cert. of service. |
| 2/11/77 | 32 | MEMORANDUM IN SUPPORT OF MOTIONS TO VACATE CTO -- Denison w/cert. of svc. (Rio Algom action) |
| 2/22/77 | | WAIVER OF ORAL ARGUMENT -- Rio Algom Corporation -- for Feb. 25, 1977 hearing |
| 2/22/77 | | WAIVER OF ORAL ARGUMENT -- Defendants Denison Mines Ltd. and Denison Mines (U.S.) Inc. -- for Feb. 25, 1977 hearing |
| 2/23/77 | | WAIVER OF ORAL ARGUMENT -- Gulf Oil Corporation -- for Feb. 25, 1977 hearing. |
| 8/1/77 | | OPINION AND ORDER VACATING CTO-s filed in MDL-235 (C-1, C-2, C-3 and C-4) OPINION AND ORDER FURTHER REFERS C-2 and C-3 to be consolidated into MDL-295 and transferred to the E.D.N.Y. under 28 U.S.C. §1407 for assignment to Judge Weinstein. |

ORD 8/1/77 436 F Supp 990

Description of Litigation

IN RE WESTINGHOUSE ELECTRIC CORP. URANIUM CONTRACT LITIGATION

Closed 6/25/81

## Summary of Panel Action

Date(s) of Hearing(s) 12/12/75
Date(s) of Opinion(s) or Order(s) 12/19/75
Consolidation Ordered xx       Name of Transferee Judge ROBERT R. MERHIGE, JR. (RICHMOND)
Consolidation Denied ___       Transferee District E. D. VIRGINIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Kansas Gas & Electric Co., et al. v. Westinghouse Electric Corp. | Kansas / Theis | 75-250-C6 | 12/19/75 | 75-0683-R | 2/20/80 | |
| A-2 | Virginia Electric & Power Co. v. Westinghouse Electric Corp. | E.D.Va. / Merhige | 75-0514-R | NT | | 4/16/79 | |
| A-3 | Alabama Power Co. v. Westinghouse Electric Corp. | N.D.Ala. / Lynne | 75-P1892S | 12/19/75 | 75-0678-R | 10/1 | |
| A-4 | Texas Utilities Services, Inc. v. Westinghouse Electric Corp. | N.D.Texas / Taylor | 3-75-1241C | 12/19/75 | 75-0680-R | 12/ | |
| A-5 | Wisconsin Electric Power Co., et al. v. Westinghouse Electric Corp. | E.D.Wisc. / Reynolds | 75-C-571 | 12/19/75 | 75-0684-R | 5/11/79 | |
| A-6 | Union Electric Co. v. Westinghouse Electric Corp. | E.D.Mo. / Wangelin | 75-893C(3) | 12/19/75 | 75-0682-R | 1/30/80 | |
| A-7 | Houston Lighting & Power Co. v. Westinghouse Electric Corp. | S.D.Texas / Hannay | 75-H-1729 | 12/19/75 | 75-0681-R | 5/15/79 | |

*Closed*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Tennessee Valley Authority v. Westinghouse Electric Corp. | E.D.Tenn. Taylor | 3-75-298 | 12/19/75 | 75-0679-R | 5/15/79 | |
| A-9 | South Carolina Electric & Gas Co. v. Westinghouse Electric Corp. | D. S.C. Chapman | 75-1863 | 12/19/75 | 75-0676-R | 4/9/80 | |
| A-10 | Florida Power & Light Co. v. Westinghouse Electric Corp. | S.D.Fla. Atkins | 75-2319 | 12/19/75 | 75-0677-R | 6/25/80 | |
| A-11 | Consolidated Edison Company of New York v. Westinghouse Electric Corp. | S.D.N.Y. Lasker | 75CV 5503-CHT | 12/19/75 | 75-0674-R | 3/8/80 | |
| B-1 | Long Island Lighting Co. v. Westinghouse Electric Corp. | E.D.N.Y Platt | 75C1878 | 12/19/75 | 75-0675-R | 4/15/81 | |
| B-2 | Northeast Utilities Service Co., et al. v. Westinghouse Electric Corp. | D. Conn Blumenfeld | H-75/373 | 12/19/75 | 75-0673-R | 9/26/80 | |
| C-1 | Westinghouse Electric Corp. v. Rio Algom Limited, et al. *Remanded / Opposed 12/3/76* | N.D.Ill. Marshall | 76C3830 | *See MDL 295 12/3/76* | N.T | | |
| C-2 | Franklin Freeman v. Westinghouse Electric Corp., et al. *Denied / Opposed 12/3/76* | S.D.N.Y. Pierce | 76Civ 3352 | *See MDL 295 12/3/76* | N.T | | |
| C-3 | S. Sherman Steinberg v. Westinghouse Electric Corp., et al. *Denied* | S.D.N.Y. Pierce | 75 Civ. 6317 | *See MDL 295 12/3/76* | N.T | | |
| D-1 | Homestake Mining Co. v. Westinghouse Electric Corp. *Denied / remanded 1/20/77* | N.D.Cal. | C76-2192-RFP | | N.T. | | |

July 1979 — 12 TR / 1 XV2 / 5 DIS / 8 Pdg
July 1980 — 12 TR / 1 XV2 / 11 dis / 2 Pdg.
July 1981 — 12 TR / 1 XV2 / 12 dis / 1 Pdg.
July 1982 — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 235 -- IN RE WESTINGHOUSE ELECTRIC CORPORATION URANIUM CONTRACT LITIGATION

| | |
|---|---|
| WESTINGHOUSE ELECTRIC CORP.<br>William R. Jentes, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois  60601 | HOUSTON LIGHTING & POWER CO. (A-2)<br>James D. Baskin, Esquire<br>Matthews, Nowlin, MacFarlane<br>  & Barrett<br>1500 Alamo Bank Building<br>San Antonio, Texas  78205 |
| KANSAS GAS & ELECTRIC<br>CO., ET AL. (A-1)<br>Ralph Foster, Esquire<br>P.O. Box 208<br>Wichita, Kansas  67201 | TENNESSEE VALLEY AUTHORITY (A-8)<br>Charles W. Van Beke, Esquire<br>Division of Law<br>Tennessee Valley Authority<br>Knoxville, Tennessee  37902 |
| VIRGINIA ELECTRIC & POWER CO. (A-2)<br>Lewis T. Booker, Esquire<br>Hunton, Williams, Gay & Gibson<br>P. O. Box 1535<br>700 East Main Street<br>Richmond, Virginia  23212 | SOUTH CAROLINA ELECTRIC & GAS CO. (A-9)<br>H. Simmons Tate, Jr., Esquire<br>Boyd, Knowlton, Tate & Finlay<br>1250 SCN Center<br>Columbia, South Carolina  29201 |
| ALABAMA POWER CO. (A-3)<br>H. Hampton Boles, Esquire<br>Balch, Bingham, Baker, Hawthorne,<br>  Williams & Ward<br>600 North 18th Street<br>Birmingham, Alabama  35203 | FLORIDA POWER & LIGHT CO. (A-10)<br>Dwight Sullivan, Esquire<br>Steel, Hector & Davis<br>1400 Southeast 1st National Bank Bldg.<br>Miami, Florida  33131 |
| TEXAS UTILITIES SERVICE, INC. (A-4)<br>M. D. Sampels, Esquire<br>Worsham, Forsythe & Sampels<br>2500 - 2001 Bryan Tower<br>Dallas, Texas  75201 | CONSOLIDATED EDISON CO. OF N.Y. (A-11)<br>Sutton Keany, Esquire<br>Winthrop, Stimson, Putnam<br>  & Roberts<br>40 Wall Street<br>New York, New York  10005 |
| WISCONSIN ELECTRIC POWER CO.,<br>  ET AL. (A-5)<br>W. Stuart Parsons, Esquire<br>Quarles & Brady<br>780 North Water Street<br>Milwaukee, Wisconsin  53202 | LONG ISLAND LIGHTING CO. (B-1)<br>George D. Reycraft, Esquire<br>Cadwalader, Wickersham & Taft<br>One Wall Street<br>New YOrk, New York  10005 |
| UNION ELECTRIC CO. (A-6)<br>William H. Ferrell, Esquire<br>Keefe, Schlafly, Griesedieck &<br>  Ferrell<br>314 North Broadway<br>St. Louis, Missouri  63102 | NORTHEAST UTILITIES SERVICE CO.(B-2)<br>James R. McIntosh, Esquire<br>Day, Berry & Howard<br>1 Constitution Plaza<br>Hartford, Connecticut  06103 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 235 -- IN RE WESTINGHOUSE ELECTRIC CORP. URANIUM CONTRACT LITIGATION

WESTINGHOUSE ELECTRIC CORP. (C-1)
  Kirkland & Ellis
    (See Above)

FRANKLIN FREEMAN (C-2)
Gerald A. Fischer, Esquire
424 Madison Avenue
New York, New York  10017

S. SHERMAN STEINBERG (C-3)
Pomerantz, Levy Haudek & Block
295 Madison Avenue
New York, New York  10017

Defendants Counsel (C-2 and C-3)

WESTINGHOUSE ELECTRIC CORP.
Adlai S. Hardin, Jr., Esquire
Milbank, Tweed, Hadley &
  McCloy
1 Chase Manhattan Plaza
New York, New York  10005

PRICE WATERHOUSE & CO.
Arthur F. Golden, Esquire
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

WESTINGHOUSE ELECTRIC CORP.
ROBERT E. KIRBY, D. C. BURNHAM
MARSHALL K. EVANS, JOHN W. SIMPSON,
KARL R. BENDETSEN, H. O. BERCHER,
LOUIS K. ELLERS, R. BURT GOOKIN,
JOHN M. SCHIFF, HOBART TAYLOR, JR.,
GORDON C. HURLEBERT, GEORGE L. WILCOX,
HOWARD S. KALTENBORN, J. W. STERLING,
J. C. RENGEL, M. J. MCDONOUGH,
GEORGE G. MAIN, W. J. MAYTHAM,
CARLISLE P. MYERS
Adlai S. Hardin, Jr., Esquire
Milbank, Tweed, Hadley &
  McCloy

Defendants (C-1)

KERR MCGEE CORP.
Glenn W. McGee, Esq.
Chadwell, Kayser, Ruggles
  McGee & Hastings (#86)
8500 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60603

UNITED NUCLEAR CORP.
Robert T. Johnson, Esquire
Bell, Boyd, Lloyd, Haddad
  & Burns
135 S. LaSalle Street
Chicago, Illinois  60603

ANACONDA COMPANY
W. Donald McSweeney, Esquire
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

Melvin D. Goodman, Esq.
Chadborne, Parke, Whiteside &
  Wolff
30 Rockefeller Plaza
New York, New York  10020

NORANDA MINES LTD.
Roots, Pitts, Fullagar
  and Poust   Suite 1776
208 S. LaSalle Street
Chicago, Illinois  60604

ENGLEHARD MINERALS &
  CHEMICALS CORP.
Kenneth R. Gaines, Esq.
Altheimer & Gray
Suite 3700
One IBM Plaza
Chicago, Illinois  60611

GULF OIL CORP.
GULF MINERALS CANADA LTD.
Robert A. Creamer, Esq.
Keck, Cushman, Mahin & Cate
8300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606

Frank W. Morgan, Esq.
P.O. Box 1166
Pittsburgh, Pa.  15230

Edward F. Howrey, Esq.
A. Duncan Whitaker, Esquire
Harry E. Jennings, Jr., Esquire
Howry & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C.  20006

JPML FORM 2

ATTORNEY LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 235 -- IN RE WESTINGHOUSE ELECTRIC CORP. URANIUM CONTRACT LITIGATION

GETTY OIL CO.
Overton, Lyman & Prince
Sixth Floor
Bank of California Bldg.
550 Flower Street
Los Angeles, California  90017

HOMESTAKE MINING CORP.
Theodore A. Groenke, Esquire
McDermott, Will & Emery
111 West Monroe Street
Chicago, Illinois  60603

UTAH INTERNATIONAL INC.
Watson B. Tucker, Esquire
Mayer, Brown & Platt
231 S. LaSalle Street
Chicago, Illinois  60604

FEDERAL RESOURCES CORP.
Richard K. Decker
Lord, Bissell & Brook
115 South LaSalle St.
Suite 3500
Chicago, Illinois  60603

Leonard J. Lewis, Esq.
VanCott, Bagley, Cornwall
 & McCarthy
Suite 300, 141 First South
Salt Lake City, Utah 84111

RESERVE OIL & MINERALS CORP.
McConnell, Mahon & Borst
134 South LaSalle Street
Chicago, Illinois  60603

Atlas Corp.
485 Madison Avenue
New York, New York

Pioneer Nuclear, Inc.
P.O. Box 151
Amarillo, Texas  79501

Denison Mines (U.S.) Inc.
1776 Lincoln
Denver, Colorado

RIO TINTO ZINC CORP. OF AMERICA
Richard E. Sherwood, Esq.
O'Melveny & Myers
611 W. 6th Street
Los Angeles, CA  90017

Vedder, Price, Kaufman
 & Kamholtz
115 S. LaSalle Street
(30th Fl.)
Chicago, Illinois  60603

PIONEER NUCLEAR, INC.
Edward T. Butt, Jr., Esq.
Wileman, Harold, Allen
 & Dixon
1 IBM Plaza
Chicago, Illinois

Atlas Corp.
485 Madison Avenue
New York, New York

Denison Mines (U.S.) Inc.
1776 Lincoln
Denver, Colorado

Denison Mines
4 King Street West
Toronto, Ontario, Canada

Rio Algom Ltd.
120 Adelaide Street West
Suite 2600
Toronto, Ontario, Canada

Queensland Mines, Ltd.
Suite 3701
Australia Square
Sydney, New South Wales, Australia

Pan Continental Mining Ltd.
16th Level
1 York Street
Sydney, New South Wales, Australia

Rio Tinto Zinc Corp., Ltd.
6 St. James Square
London, S.W. 1, England

JPML FORM 2A -- Continuation

Attorney List -- p. _____

DOCKET NO. 235 -- IN RE WESTINGHOUSE ELECTRIC CORP. URANIUM CONTRACT LITIGATION

| | |
|---|---|
| RTZ Services<br>6 St. James Square<br>London, S.W. 1, England<br><br>Conzinc Rio Tinto of<br>  Australia, Ltd.<br>95 Collins St.<br>Melbourne, Victoria, Australia<br><br>Mary Kathleen Uranium Ltd.<br>95 Collins St.<br>Melbourne, Victoria, Australia<br><br>Nuclear Fuels Corp. of<br>  South Africa Ltd.<br>4th Floor<br>Capehouse<br>McClaren Street<br>Johanesburg, South Africa<br><br>Anglo American Corp. of<br>  South Afriac<br>42 Marshall Street<br>Johanesburg, South Africa<br><br>HOMESTAKE MINING COMPANY (D-1)<br>David M. Balabanian, Esquire<br>McCutcheon, Doyle, Brown &<br>  Enersen<br>Three Embarcadero Center<br>San Francisco, CA 94111 | |